BARBARA KOSTRZEWSKI *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 326 (AC 17359), is denied.

*Jeffrey D. Brownstein,* in support of the petition.

*Robert L. Marconi,* assistant attorney general, in opposition.

Decided June 2, 1999

FRANK WITT ET AL. *v.* ST. VINCENT'S MEDICAL CENTER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 52 Conn. App. 699 (AC 17709), is granted, limited to the following issue: